**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 20, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00153-CV

## IN RE KRISTEN YOUNG, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-22461**

## MEMORANDUM OPINION

On March 4, 2024, relator Kristen Young filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeralynn Manor, presiding judge of the 80th District Court of Harris County, to vacate the trial court's February 26, 2024 order granting a new trial.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.